# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT NEVADA

JACQUELINE MANZANO,

        Plaintiff(s),

-vs-

NCC, COMMONWEALTH FINANCIAL SYSTEMS, INC., and DOES I through 20, inclusive,

        Defendant(s).

CASE NO. 2:12-cv-01820-LRH-CWH

**MOTION TO DISMISS WITH PREJUDICE**

**AND ORDER THEREON**

    COMES NOW Plaintiff, Jacqueline Manzano, in proper person, hereby informs the court that the resolution of this matter has been finalized between Plaintiff, Jacqueline Manzano and Defendant, Commonwealth Financial Systems, Inc., Plaintiff, hereby requests this honorable court dismiss this case in it's entirety with prejudice against the above named Defendant(s).

Respectfully submitted:

Dated this 28th day of December, 2012

By: _____
Jacqueline Manzano, *Plaintiff*
1951 Corvette St.
Las Vegas, Nevada 89142
702-788-0599

ORDER

IT IS SO ORDERED.

DATED this 28th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2